# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

WILLIAM MORRISSETTE, III, an individual,

        Plaintiff,

vs.

        No. 2:11-cv-14554
        Hon. Gerald E. Rosen

PATRICK R. DONAHOE, Postmaster
General of the United States.

        Defendant.
_____/

## JUDGMENT

The Court having this date entered an Opinion and Order granting Defendant's Motion for Summary Judgment and dismissing Plaintiff's Complaint, with prejudice,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT of DISMISSAL, with prejudice, be, and hereby is, entered.

Dated: September 30, 2013        s/Gerald E. Rosen
                                                GERALD E. ROSEN
                                                CHIEF, U.S. DISTRICT COURT

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 30, 2013, by electronic and/or ordinary mail.

                                                s/Julie Owens
                                                Case Manager, 313-234-5135